UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE M. TRIMBLE & TINA F. GILL                                                    PLAINTIFFS

v.                                         CASE NO. 4:06-CV-0000672 GTE

CHARLES C. MORGAN & MARGIE A. MORGAN                              DEFENDANTS

## JUDGMENT

For the reasons stated in the Order granting Defendants' Motion for Summary Judgment, Plaintiffs' Complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants Charles C. Morgan and Margie A. Morgan and against Plaintiffs Steve M. Trimble and Tina F. Gill.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, DISMISSED with prejudice.

Dated this 9th day of July, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE